# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>240403 E 630 Rd. Seiling, Oklahoma 73663, Dewey<br>County, Cheyenne and Arapaho Tribal Trust | )<br>)<br>)  Case No.  M-25- 543-STE<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is attached and incorporated by reference.

located in the _____Western_____ District of _____Oklahoma_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 113(a)(6)<br>and 1153 | Felony Assault in Indian Country |

The application is based on these facts:

See the Affidavit of Bureau of Indian Affairs Special Agent Brittany Kilmer, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Brittany Kilmer, Bureau of Indian Affairs

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  Sep 14, 2025

City and state:  Lawton, OK

SHON T. ERWIN, U.S. Magistrate Judge

*Judge's signature*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF RESIDENCE/DWELLING OF ELMER TSATIGHT, 240403 E 630 RD. SEILING, OKLAHOMA 73663, DEWEY COUNTY, WITHIN THE WESTERN DISTRICT OF OKLAHOMA | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Brittany Kilmer, Special Agent with the Bureau of Indian Affairs (BIA), the Affiant, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant authorizing to search the dwelling of **ELMER TSATIGH,** who resides in a structured red colored brick residence, 240403 E 630 Rd. Seiling, Oklahoma 73663, Dewey County, Cheyenne and Arapaho Tribal Trust, within the Western District of Oklahoma. (herein referred to as "the SUBJECT PREMISES"), as particularly described in Attachment A, for items specified in Attachment B hereto, for evidence, instrumentalities, contraband, and/or fruits of violations of Assault Resulting in serious bodily injury in Indian Country, in violation of 18 U.S.C. §§ 113 (a)(6), 1151, and 1153.

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is

1

engaged in enforcing federal criminal laws and I am within the category of officers

authorized by the Attorney General to request such a warrant. I have been law

enforcement officer for ten years, and worked in the compacity as a Tribal Officer, Police

Officer, Deputy Sheriff, and now a Federal Agent. I attended the Oklahoma Council on

Law Enforcement Training ("CLEET") for basic police training and the Federal Law

Enforcement Training Center ("FLETC") at the Bridge Indian Police Academy ("IPA")

for basic Indian country police officer training. I also attended FLETC for the

Department of the Interior Investigator Training Program ("DOI ITP"). For the past two

and half years, I have been employed with the BIA, Office of Justice Services ("OJS"). I

am currently a Special Agent assigned to District II in Oklahoma. My primary duties as a

Special Agent are to investigate felony criminal offenses, which occur within the

boundaries of the Indian reservations. During my time as a Special Agent, I have taken

part in numerous criminal investigations as the primary investigator or in a backup

capacity. I have also received significant training in criminal investigations, including,

but not limited to, investigations into violent crimes.

3. I am familiar with the facts and circumstances of this investigation. The facts set

forth in this affidavit are based on my personal observations, knowledge obtained from

other law enforcement officers, my review of documents related to this investigation,

conversations with others who have personal knowledge of the events and circumstances

described herein, and a review of open-source information including information

available on the Internet. Because this affidavit is submitted for the limited purpose of

establishing probable cause in support of the application for a search warrant, it does not

set forth each and every fact I or others have learned during the course of this investigation.

4.   Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to search the SUBJECT PREMISES described in Attachment A, for evidence, instrumentalities, contraband, and/or fruits of violations of Assault Resulting in serious bodily injury in Indian Country, in violation of 18 U.S.C. §§ 113 (a)(6), 1151, and 1153 as described in Attachment B.

## JURISDICTION

5.   "[A] warrant may be issued to search for and seize any property that constitutes evidence of a criminal offense in violation of the laws of the United States." 18 U.S.C. § 3103a.

6.   The requested search is related to the following violations of federal law: 18 U.S.C. §§ 113 (a)(6) which provides:

> (a) Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:…

> (6) Assault resulting in serious bodily injury, by a fine under this title or imprisonment for not more than ten years, or both.

7.   Title 18, United States Code, Section 1151 provides:

Except as otherwise provided in sections 1154 and 1156 of this title, the term "Indian Country," as used in this chapter, means (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and, including rights-of-way running through the reservation, (b)

all dependent Indian communities within the borders of the United States whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same.

8.    Title 18, United States Code, Section 1152 provides:

(a) Any Indian who commits against the person or property of another Indian or other person any of the following offenses, namely, murder, manslaughter, kidnapping, maiming, a felony under chapter 109A, incest, a felony assault under section 113, an assault against an individual who has not attained the age of 16 years, felony child abuse or neglect, arson, burglary, robbery, and a felony under section 661 of this title within the Indian country, shall be subject to the same law and penalties as all other persons committing any of the above offenses, within the exclusive jurisdiction of the United States.

9.    Venue is proper because the person or property described in this affidavit is located within the Northern District of Oklahoma. Fed. R. Crim. P. 41(b)(1).

## PROBABLE CAUSE

10.    On Sunday, September 14, 2025, at approximately 8:35 a.m., BIA Officer Charles Hullet contacted BIA Special Agent Brittany Kilmer to inform her of an assault resulting in serious bodily injury. Officer Hullet advised that a Native American Female M.T. had been assaulted by her husband Elmer Tsatigh at their residence (the SUBJECT PREMISES), located on Cheyenne and Arapaho Tribal Trust Land, i.e., Indian country.

4

11.     Hullet advised the victim M.T. was at the Seiling Municipal Hospital and had a fractured Ocular Bone and a possible brain injury, along with numerous contusions and abrasions over her body. Seiling Municipal Hospital was in the process of having her transported to OU Hospital Trama Center to further diagnosis M.T.'s injuries.

12.     I, Special Agent Brittany Kilmer, went to the Seiling Municipal Hospital where I met with M.T. M.T. had an abundance of visible injuries all over her body. The main injury was to her face and head. M.T.'s right eye was swollen shut and she had bruising all over her face and head. M.T. was wearing a neck brace due to injuries to her head and potentially her neck. The staff at the Seiling Hospital said M.T.'s injuries were too extensive that they needed to transfer M.T. to OU Medical Center in Oklahoma City. M.T. had bruising and abrasions on her hands, feet, legs, and arms. Photographs were taken of M.T.'s visible injuries.

13.     M.T. told Special Agent Kilmer that she couldn't even remember what she and her husband, Elmer, had been arguing about. M.T. said all she remembered was waking up while Elmer was stomping on her head and face. M.T. lost consciousness because she remembered coming back into consciousness while Elmer was stomping and kicking her. M.T. said she knew she had to protect her head the best she could, but Elmer just kept kicking and stomping on her. M.T. said Elmer becomes aggressive when he is under the influence of alcohol or narcotics, and that Elmer was under the influence during the assault. M.T. said the assault occurred inside the home (the SUBJECT PREMISES). As a result of the assault from Elmer, M.T. suffered serious bodily injury.

14.    Special Agent Kilmer was advised that Officer Hullet had arrested Elmer at the SUBJECT PREMISES on Cheyenne and Arapaho Tribal Charges and was transporting him to Custer County Jail. Special Agent Kilmer asked Officer Hullet what type of shoes/boots Elmer was wearing, Officer Hullet said Elmer was only wearing socks when Elmer was arrested. Special Agent Kilmer asked Officer Hullet if there was any visible blood on Elmer. Officer Hullet said no it appeared Elmer must have changed clothes. Officer Hullet said he saw a bloody shirt and a bloody pillow in the house (the SUBJECT PREMISES) when he was there effecting the arrest.

15.    Elmer Tsatigh is recognized as a citizen of the Cheyenne and Arapaho Nation and possesses a Certificate of Degree of Indian Blood (CDIB) with some degree of Cheyenne and Arapaho Indian blood.

16.    M.T. is recognized as a citizen of the Navajo Nation and possesses a Certificate of Degree of Indian Blood (CDIB) with some degree of Navajo Indian blood.

17.    When an assault occurs, the human body may be injured, depositing body fluids, hair, fingernails, fingerprints, blood, semen, saliva, physiological fluid, and secretions. This biological material can be gathered and collected, including by swabbing the area where it was deposited, and subsequently tested.  Such testing includes serological testing to determine if the substance left behind was blood or DNA, which can be tested to determine the identity of its genetic donor. The clothing worn by victim and suspect, can also contain biological evidence.

## CONCLUSION

6

18.    Therefore, given the facts set forth above, I am requesting a search warrant be issued authorizing the search of the property described in Attachment A and the seizure of the property described in Attachment B.

_____
BRITTANY KILMER
Special Agent, Bureau of Indian Affairs


Sworn to me on this the 14th day of September, 2025.

_____
Shon T. Erwin
United States Magistrate Judge

7

## ATTACHMENT A

The property to be searched is the dwelling/residence of **ELMER TSATIGH,** who resides in a structured red colored brick residence, 240403 E 630 Rd. Seiling, Oklahoma 73663, Dewey County, Cheyenne and Arapaho Tribal Trust, within the Western District of Oklahoma.

The property is on the North side of the road. There is also a trailer home on the property just to the West of Elmer's brick home.



8

## ATTACHMENT B

1.  All evidence located within the interior or on the exterior of the residence described in Attachment A, which relates to a violation of Assault Resulting in serious bodily injury in Indian Country, in violation of 18 U.S.C. §§ 113 (a)(6), 1151, and 1153, to include but not limited to:

2.  Body fluids, body tissue, hair, fingernails, fingerprints, blood, semen, saliva, physiological fluid, secretions, hair, fibers, latent prints, shoe prints, shoes/boots, clothing, and other garments, and items containing trace evidence of the assault.

3.  Papers and receipts showing recent repairs of the vehicle and receipts showing recent locations of the occupant(s) and locations of purchases, which could lead to the identification of witnesses regarding seating positions and pre-trip events.

4.  Items of dominion and control establishing ownership of the subject premises; any articles of property tending to establish the identity of the person or persons in control or possession of the subject premises, to include, but not limited to mail, receipts, repair bills, utility bills, photographs etc.

5.  Bloody clothing and/or footwear and bloody household objects (e.g., pillows, bedding, carpet).

6.  Photographs of the exterior and interior of the SUBJECT PREMISES and objects located inside and outside the subject premises.